CITY COUNCIL OF THE CITY OF AVON PARK, et al., *Plaintiffs in Error*, v. STATE OF FLORIDA, ex rel., OSCAR WOLFE, *Defendant in Error*.

146 So. 188.

Division B.

Opinion filed February 3, 1933.

Rehearing denied February 16, 1933.

*F. T. Haskins* and *S. C. Pardee,* for Plaintiff in Error;

*J. M. Lee* and *Thos. A. McNicholas,* for Defendant in Error.

PER CURIAM.—The writ of error herein was taken to a final order awarding a peremptory writ of mandamus commanding members of the city council of the City of Avon

Park to call an election pursuant to paragraphs 8, 9 and 10 of Section 22, Chapter 12514, Acts of 1927, the charter of the City of Avon Park.

Questions of law and of fact presented by the record have been considered. No material error of law or of procedure being made to appear and the evidence being sufficient to sustain the conclusions and judgment of the trial Judge, the final order awarding a peremptory writ is affirmed.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J., concur.

DAVIS, C. J. (concurring).—in so far as this case turns on disputed facts the court below found against plaintiff in error and I see no basis for reversing the findings on the facts. As to the law of the case, my view is that under the City Charter recall petitions properly signed before the City Clerk at the City Hall, when sufficient names have been affixed thereto, become binding on the City Council whose mandatory duty then is to accept its petitions after presentation to the Council by the City Clerk and call the election within fifteen days. Withdrawing of the names of signers can only be made before the City Clerk while the petitions are still in his hands. For a recent decision of interest see State v. Tedder, 143 Sou. Rep. 148.

WHITFIELD, J., concurs.